AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

District of Columbia

13 MC 0296

German American Capital Corporation
*Plaintiff*
v.
Dean F. Morehouse
*Defendant*

Civil Action No. 10-0912

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/14/2013 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 6/25/13

*CLERK OF COURT*

[signature]

*Signature of ~~Clerk or~~ Deputy Clerk*

FILED ENTERED
LOGGED RECEIVED

JUN 27 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

INSPECTED BY
COURT SECURITY OFFICE
JUN 27 2013
GREENBELT, MD