AO 450 (Rev 01/09; DC-03/10) Judgment in a Civil Action

FILED ENTERED
LOGGED RECEIVED

JUN 27 2013

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

# UNITED STATES DISTRICT COURT

for the

District of Columbia

German American Capital Corporation, Successor in Interest to Branch Banking and Trust Company
*Plaintiff*
v.
Dean F. Morehouse
*Defendant*

Civil Action No. 10-0912

13 MC 0296

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* German American Capital recover from the defendant *(name)* Dean F. Morehouse the amount of Twenty Three Million Nine Hundred Sixty Six Two Hundred Sixteen and 95/100 (23,966,216.95) %, plus postjudgment interest at the rate of 15 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☒ tried by Judge MAG. JUDGE DEBORAH A. ROBINSON without a jury and the above decision was reached.

☐ decided by Judge ______ on a motion for

Date: 2/14/13

*ANGELA D. CAESAR, CLERK OF COURT*

[signature]
*Signature of Clerk or Deputy Clerk*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY 10-912
6/20/13
ANGELA D. CAESAR, Clerk
By [signature]
Deputy Clerk

INSPECTED BY
COURT SECURITY OFFICE
JUN 27 2013
GREENBELT, MD