**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 NOV -7 A 11:01
CLERK'S OFFICE
AT GREENBELT
BY______DEPUTY

| | |
|---|---|
| **GERMAN AMERICAN CAPITAL CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DEAN F. MOREHOUSE**<br><br>**Defendant.** | **Case No.8:13-MC-00296** |

**ORDER GRANTING PLAINTIFF/JUDGMENT CREDITOR'S CONSENT MOTION FOR CHARGING ORDER AGAINST DEFENDANT/JUDGMENT DEBTOR'S MEMBERSHIP INTEREST IN <u>MOREHOUSE REAL ESTATE INVESTMENTS, LLC</u>**

Upon consideration of Plaintiff/Judgment Creditor German American Capital Corporation's ("GACC") motion requesting that this Court issue a charging order regarding Defendant/Judgment Debtor Dean Morehouse's ("Morehouse") 50% membership interest in Morehouse Real Estate Investments, LLC ("MREI"), Morehouse's consent to the relief requested, and for good cause shown, it is this 7th day of November, 2016,

**ORDERED**, that GACC's motion is hereby **GRANTED;** and it is further

**ORDERED**, that GACC is hereby granted a lien on Morehouse's 50% membership interest in MREI; and it is further

**ORDERED**, GACC's lien on Morehouse's 50% membership interest in MREI shall attach regardless of whether Morehouse has conveyed his interest to the Dean F. Morehouse Living Trust (the "Morehouse Trust"); and it is further

**ORDERED**, that any distributions from MREI to Morehouse and/or the Morehouse Trust shall be paid to GACC; and it is further

**ORDERED**, that neither Morehouse nor the Morehouse Trust shall assign, sell, transfer, pledge, convey or encumber any interest in MREI absent further order from this Court;

**ORDERED**, that GACC shall have the right to make all inquiries, and review MREI's books and records concerning the ongoing financial affairs of MREI, as reasonably necessary to ensure compliance with this Order.

United States District Judge

Copies to:

Neil D. Goldman, Esq.
John J. Brennan, Esq.
Goldman & Van Beek, P.C.
510 King Street, Suite 416
P.O. Box 1946
Alexandria, Virginia 22313
*Counsel for Defendant/Judgment Debtor*
*Dean Morehouse*

Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
Friedlander Misler, PLLC
5335 Wisconsin Avenue, N.W.
Suite 600
Washington, DC 20015
*Counsel for Plaintiff/Judgment Creditor*
*German American Capital Corporation*